UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 05-341 (RMU) |
| ALFREDO MANUEL DE VENGOECHEA-MENDEZ<br>a.k.a. "El Patron"<br>a.k.a. "Feyo" | : ORDER TO UNSEAL<br>: FILED UNDER SEAL |
| ALVARO ANTONIO PADILLA-MELENDEZ<br>a.k.a. "El Topo" | : |
| MARLON GUERRERO-ROMAN | : |
| FIRST NAME UNKNOWN LAST NAME UNKNOWN<br>a.k.a. "Marquitos" | : |
| RAFAEL EDUARDO RUIZ-ALVEAR<br>a.k.a. "Rafael" | : |
| LUIS ANTONIO VALENZUELA-SIERRA<br>a.k.a. "Lucho"<br>a.k.a. "Mi Tonto" | : |
| EBLIN RAFAEL RAMIREZ-DIAZ<br>a.k.a. "Rafa" | : |
| Defendants. | : |

UNSEALED FILED

MAY 8 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is hereby

ORDERED, this  8th  day of  May  , 2006, the Motion to Unseal be granted.

_Ricardo M. Urbina_
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

DATE: 5/8/06

cc:  Patrick H. Hearn, Trial Attorney.
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, NW, Suite 800
Washington, D.C. 20530    202-305-7606