# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-341 | MAGIS. NO: |
| v.<br><br>ALFREDO MANUEL DE VENGOECHEA-MENDEZ, et, al.<br><br>DOB:     PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Jose Ricardo Martinez-Rubiano #4<br>a/k/a Marquitos<br>Republic of Colombia | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

*Un-* *SEALED*

FILED NOV 1 6 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:    21:959,960 and 963; 21:959; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED:<br>September 14, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/14/05 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  11/16/06 | NAME AND TITLE OF ARRESTING OFFICER<br>D.L. BALDWIN<br>SDUSM | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| HIDTA    Yes    No  X | | OCDETF CASE:    Yes    No  X | |
| CASE: | | | |