UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
        v.                    :   Criminal Action No.: 05-341   (RMU)
                              :
ALFREDO VENGOECHEA-MENDEZ,    :
                    et al.,   :
                              :
        Defendant.            :

**FILED**
**DEC 1 2 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**ORDER**</u>

It is this 12th day of December 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on March 19, 2007 at 2pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge