IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                Plaintiff,           :

       -against-                          :       Case No. 05 – 341 (RMU)

JOSE RICARDO MARTINEZ-RUBIANO    :

                Defendant.          :

-------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, ALYZA LEWIN, ESQUIRE, and respectfully moves this Honorable Court to admit DAVID WIKSTROM, ESQUIRE, *pro hac vice* to represent Jose Ricardo Martinez-Rubiano, a defendant in the above-captioned case in the United States District Court for the District of Columbia. In support of this motion, undersigned counsel states as follows:

1. Mr. Wikstrom is a member in good standing of the New York bar, and is admitted to the United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second Circuit. He has also been admitted *pro hac vice* in the Northern and Western Districts of New York, in the Middle District of Pennsylvania, the District of Massachusetts, and the District of New Jersey.

2. Mr. Wikstrom is a member of the New York Council of Defense Lawyers, and is the former chairman of its Sentencing Guidelines Committee. In that capacity, he testified twice before the United States Sentencing Commission on behalf of the NYCDL in connection with proposed amendments to the Guidelines.

3. Mr. Wikstrom is an experienced criminal trial and appellate lawyer, having handled more than one hundred state and federal criminal trials during his 25-year career as a defense attorney.

4. Mr. Wikstrom has never been held in contempt of any court. He has never been the subject of professional discipline.

5. The Defendant, in exercising his Sixth Amendment rights, wishes Mr. Wikstrom to represent him. In fact, Mr. Wikstrom has acted as his attorney for the past 8 months, during which time the defendant was incarcerated in Colombia awaiting extradition to the District of Columbia.

6. Mr. Wikstrom maintains a law office in New York City located at 26 Broadway, 19th Floor, New York, New York 10004. He does not maintain an office in the District of Columbia.

7. Mr. Wikstrom has not argued any cases in Washington, D.C.

WHEREFORE, for good cause shown and based upon the above, undersigned counsel respectfully moves this Honorable Court to grant this motion and to admit David Wikstrom *pro hac vice* as attorney of record in this case before the United States District Court.

Dated: December 11, 2006

                                                 _____
                                                 ALYZA LEWIN, ESQUIRE
                                                 *Bar No.* 445506
                                                 Lewin & Lewin, LLP
                                                 1828 L Street NW
                                                 Washington, D.C. 20036
                                                 (202) 828-1000
                                                 (202) 828-0909 (fax)