UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0341 (RMU) |
| | : | |
| DE VENGOECHEA-MENDEZ, *et al* | : | |
| | : | |
| Defendants. | : | |

**ORDER**

It is this 15th day of March 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for Monday, March 19, 2007 at 2:00p.m. is hereby **VACATED** and **RESCHEDULED** for **March 19, 2007 at 2:15 p.m.**

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

FILED
MAR 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT