## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
    :
        v.          :    Criminal Action No.: 05-341 (RMU)
    :
ALFREDO MANUEL    :
DE VENGOECHEA-MENDEZ, *et al*,    :
    :
       Defendants.    :

**FILED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

It is this 19th day of March 2007,

ORDERED that a status hearing in the above-captioned case shall take place on

~~August~~ 10, 2007 at 9:45.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge